**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

Elizabeth Sheehan,
    Plaintiff,

  v.

GC Services Limited Partnership - Delaware
    Defendant.

Case No. 3:08 CV16 (CFD)

June 12, 2008

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(ii), the plaintiff, Elizabeth Sheehan., through her attorney, and the defendant, GC Services Limited Partnership - Delaware, through its attorney, hereby stipulate that the claims of the above-entitled action shall be dismissed with prejudice, and without costs and/or attorneys' fees.

**Plaintiff, Elizabeth Sheehan**

By/s/Daniel S. Blinn
Daniel S. Blinn  ct02188
Consumer Law Group, LLC
35 Cold Spring Road, Suite 512
Rocky Hill, CT  06067
(860) 571-0408
Fax: (860) 571-7457
dblinn@consumerlawgroup.com

**Defendant**, GC Services Limited Partnership – Delaware

By/s/Jonathan Elliot
Jonathan D. Elliot
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Blvd., Suite 500
PO Box 1740
Bridgeport, CT 06601-1740
Tel: 203.333.9441
Fax: 203.333.1489
jelliot@znclaw.com

**CERTIFICATION**

      I hereby certify that on this 12th day of June, 2008, a copy of foregoing Stipulation of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                  /s/Daniel S. Blinn
                                  Daniel S. Blinn